Lawrance A. Bohm (SBN: 208716)
**lbohm@bohmlaw.com**
Victoria L. Gutierrez (SBN: 282715)
**VGutierrez@bohmlaw.com**
Michael L. Jones (SBN: 318262)
**mjones@bohmlaw.com**
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  916.927.5574
Facsimile:   916.927.2046


Attorneys for Plaintiff,
ELIZABETH SANTACRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANTACRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>TANKNOLOGY, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No: 2:18-cv-01572-TLN-CKD<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER**<br><br><br>Action Filed:    May 1, 2018<br>Trial Date:      Not Set |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Elizabeth Santacruz ("Plaintiff") and Defendant Tanknology, Inc. ("Defendant") submit the following stipulation to modify the Court's Initial Pretrial Scheduling Order (the "Scheduling Order") (Dkt. No. 3).

On May 30, 2018, the Court issued its Scheduling Order.  The Scheduling Order set deadlines for the completion of non-expert discovery as February 1, 2019, and expert disclosures on April 2, 2019.

With the February 1, 2019 non-expert discovery deadline approaching, the parties anticipate that they each still need to depose multiple fact witnesses.  Plaintiff, for example, recently served Defendant with one set of Requests for Admissions, Interrogatories, and Production of Documents, respectively. Plaintiff intends to notice a deposition for a person

1

**Stipulation to Modify Pretrial Scheduling Order and Order**
*Santacruz v. Tanknology, Inc.*
Case No.:  2:18-cv-01572-TLN-CKD

Lawrance A. Bohm, Esq.;
Victoria L. Gutierrez, Esq.
Michael L. Jones, Esq.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

1  most knowledgeable deposition notice pursuant to Federal Rule of Civil Procedure 30(b).

2  Defendant intends to depose Plaintiff on January 25, 2019. However, Defendant may need to

3  take an additional day of Plaintiff's deposition, and depending on what is learned at Plaintiff's

4  deposition, Defendant may need to depose additional witnesses with knowledge of the facts

5  underlying Plaintiff's claims. The parties will be prejudiced if they are unable to take these

6  depositions.

7        The parties are confident that discovery will lead to proper evaluation of Plaintiff's claims

8  and are optimistic this case can be resolved without trial. However, unless continued, the

9  upcoming deadline for completion of fact discovery may constrain the parties' ability to evaluate

10  this case and -resolve this dispute without involving the Court.

11        Accordingly, to allow the parties sufficient time to take depositions and resolve discovery-

12  related issues, the parties respectfully request the following modifications to the Initial Pretrial

13  Scheduling Order:

14      • Deadline for completion of non-expert discovery continued from February 1, 2019 to

15        **May 1, 2019**.

16      • Deadline for expert designation continued from April 2, 2019 to **July 1, 2019**.

17      • Deadline for supplemental expert designation continued from May 2, 2019, to

18        **August 1, 2019**.

19      • The dispositive motion deadline set forth in the Scheduling Order to be measured from

20        the May 1, 2018 discovery deadline.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

**Stipulation to Modify Pretrial Scheduling Order and Order**      Lawrance A. Bohm, Esq.;
*Santacruz v. Tanknology, Inc.*      Victoria L. Gutierrez, Esq.
Case No.: 2:18-cv-01572-TLN-CKD      Michael L. Jones, Esq.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

1    These changes do not affect the trial date or any other pretrial dates.  Further, the parties

2    have not made any prior requests to modify Scheduling Order.

3

4

5

6    Date:  January 15, 2019                    By:  ___/s/ Michael L. Jones, Esq.___

7                                                    LAWRANCE A. BOHM, ESQ.
                                                     VICTORIA L. GUTIERREZ, ESQ.
8                                                    MICHAEL L. JONES, ESQ.

9                                                    Attorneys for Plaintiff,
10                                                   ELIZABETH SANTACRUZ

11

12   Date:  January 15, 2019                    By:  ___/s/ Desiree Brutocao, Esq.___
                                                     SCOTT BRUTOCAO, ESQ.
13                                                   DESIREE BRUTOCAO, ESQ.

14                                                   Attorneys for Defendant,
15                                                   TANKNOLOGY, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

**Stipulation to Modify Pretrial Scheduling Order and Order**                   Lawrance A. Bohm, Esq.;
*Santacruz v. Tanknology, Inc.*                                                 Victoria L. Gutierrez, Esq.
Case No.:  2:18-cv-01572-TLN-CKD                                                Michael L. Jones, Esq.

BOHM LAW GROUP, INC.
4600 NORTHGATE BOULEVARD, SUITE 210
SACRAMENTO, CALIFORNIA 95834

**ORDER**

Pursuant to stipulation and good cause appearing,

- Deadline for completion of non-expert discovery continued from February 1, 2019 to **May 1, 2019**.

- Deadline for expert designation continued from April 2, 2019 to **July 1, 2019**.

- Deadline for supplemental expert designation continued from May 2, 2019, to **August 1, 2019**.

- The dispositive motion deadline set forth in the Scheduling Order to be measured from the May 1, 2019 discovery deadline.

**IT IS SO ORDERED.**

Date:  January 17, 2019

_____

Troy L. Nunley
United States District Judge

---

4

**Stipulation to Modify Pretrial Scheduling Order and Order**                    Lawrance A. Bohm, Esq.;
*Santacruz v. Tanknology, Inc.*                                              Victoria L. Gutierrez, Esq.
Case No.:  2:18-cv-01572-TLN-CKD                                          Michael L. Jones, Esq.